ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy    Date: 5/1/13
by Order of Judge Alvin K. Hellerstein

Re: Commodity Futures Trading Commission v. Royal Bank of Canada - 12 Civ. 2497 (AKH)

You are hereby notified that you are required to appear for an oral argument.
Date: 5/14/13
Time: 11:00 a.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
5-1-13