USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/30/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
COMMODITY FUTURES TRADING
COMMISSION,

                             Plaintiff,

     -against-

ROYAL BANK OF CANADA,

                            Defendant.
------------------------------------------------------------ x

**ORDER DENYING MOTION TO COMPEL DEPOSITION AS MOOT**

12 Civ. 2497 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Plaintiff Commodity Futures Trading Commission's Motion to Compel the Deposition of Richard Chase is denied as moot. The Clerk shall mark the motion (Doc. No. 75) terminated.

     SO ORDERED.

Dated:     New York, New York
             January __, 2014

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

1