USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Commodity Futures Trading Commission, <br><br> Plaintiff, <br><br> v. <br><br> Royal Bank of Canada, <br><br> Defendant. | Case No. 12 Civ. 2497 (AKH/KNF) <br><br> STIPULATION AND ORDER <br><br> ECF Case |

Pursuant to Rule 1.D. of the Individual Rules of the Honorable Alvin K. Hellerstein and Rule 7.1(d) of the Local Civil Rules of the U.S. District Court for the Southern District of New York, Plaintiff Commodity Futures Trading Commission ("Commission") and Defendant Royal Bank of Canada ("RBC") hereby stipulate and agree as follows:

1. On April 11, 2014, the Court issued an Order summarizing certain discovery deadlines it had set in this matter during a status conference held earlier that day. (Dkt. No. 89.) Pursuant to the Order, the Commission was required to produce its expert report to RBC on or before May 23, 2014. RBC was required to produce its expert report to the Commission on or before June 4, 2014. On May 12, 2014 the parties executed a stipulation extending the due date for RBC's expert report to June 11, 2014. The Court singed the stipulation on May 13, 2013. (Dkt. No. 94.)

2. The Commission requires additional time to prepare its expert's report. Counsel for the parties have conferred and agreed to extend the due date for the Commission's expert's report to and including June 2, 2014, and correspondingly to extend the date for RBC's experts'

reports to June 19, 2014. The Commission has not made a previous request to extend the due date for its expert's report. This matter is set for a Case Management Conference with the Court on June 27, 2014.

    3.    In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and among the parties that the due date for the Commission to produce its expert's report is extended. The Commission shall serve its expert report on RBC on or before June 2, 2014. RBC shall serve its experts' reports on or before June 19, 2014.

Dated: May 20, 2014

By: /s/ [signature]

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
202.418.5451

David Slovick
dslovick@cftc.gov

*Attorney for Plaintiff*

By: /s/ [signature]

Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312.902.5537

Ted Helwig
Ted.Helwig@kattenlaw.com

*Attorney for Defendant*

SO ORDERED:

_____
United States District Judge

Date: 5/21/14