**U.S. COMMODITY FUTURES TRADING COMMISSION**

Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5335
Facsimile: (202) 418-5987

Division of Enforcement

*[RECEIVED JUL 25 2014 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]*

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/29/14]*

July 24, 2014

*[Handwritten: The settlement conference will be held at 2:30 pm on August 19, 2014 in Courtroom 14 D. /s/ A. K. Hellerstein 7-29-14]*

**By Overnight Delivery**

Hon. Judge Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *CFTC v. Royal Bank of Canada*, Case No. 12-Civ-2497 (AKH/KNF)

Dear Judge Hellerstein:

Plaintiff Commodity Futures Trading Commission and Defendant Royal Bank of Canada write to request a settlement conference with the Court in the above matter, at the Court's earliest convenience. The parties have conferred and have agreed that neither party will seek to disqualify Your Honor from presiding in this case based on Your Honor's participation in the settlement conference.

The parties also jointly spoke with the Court's staff and understand that the Court has scheduling availability for a conference on August 19, 2014. If that date is acceptable to the Court, the parties are available. The parties are also available on August 20 and 21, 2014, if those dates are more convenient for the Court. Finally, the parties were advised that the Court is unavailable for a settlement conference the week of August 11, 2014; should the Court's schedule change the parties will make every effort to be available that week.

This matter is currently scheduled for trial on November 3, 2014. The final pre-trial conference is scheduled for October 22, 2014. All pre-trial filings are due October 20, 2014. (Dkt. No. 107.) There are no other hearings or deadlines scheduled in this matter.

Respectfully Submitted,

/s/ David Slovick                                        /s/ Ted Helwig

David Slovick                                              Ted Helwig

Hon. Judge Alvin K. Hellerstein
July 24, 2014
Page 2

        One of the Attorneys for Plaintiff        One of the Attorneys for Defendant
        Commodity Futures Trading             Royal Bank of Canada
        Commission

cc:    Arthur Hahn, Esq.,
       counsel for Defendant Royal Bank of Canada
       (via email: arthur.hahn@kattenlaw.com)

       Kristina Liu, Esq.,
       counsel for Defendant Royal Bank of Canada
       (via email: kristina.liu@kattenlaw.com)

       Susan Gradman, Esq.,
       counsel for Plaintiff CFTC
       (via email: sgradman@cftc.gov)