RECEIVED
OCT 06 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/14

**Katten**
Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
www.kattenlaw.com

TED S. HELWIG
ted.helwig@kattenlaw.com
312.902.5537 direct
312.902.1061 fax

October 6, 2014

**By Facsimile (212) 805-7942**

Hon. Judge Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

So Ordered
10-6-14
/s/ Alvin Hellerstein

Re: *CFTC v. Royal Bank of Canada*, Case No. 12 Civ. 2497 (AKH/KNF)

Dear Judge Hellerstein:

As referenced in our earlier conference call with the Court, the parties hereby jointly request a new control date of December 5, 2014, 10:00 a.m.

Respectfully Submitted,

/s/ David Slovick
David Slovick
One of the Attorneys for Plaintiff,
Commodity Futures Trading
Commission

/s/ Ted Helwig
Ted Helwig
One of the Attorneys for Defendant,
Royal Bank of Canada

cc: Arthur Hahn, Esq.,
counsel for Defendant Royal Bank of Canada
(via email: arthur.hahn@kattenlaw.com)

Kristina Liu, Esq.,
counsel for Defendant Royal Bank of Canada
(via email: kristina.liu@kattenlaw.com)

Susan Gradman, Esq.,
counsel for Plaintiff CFTC
(via email: sgradman@cftc.gov)

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON  KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations